UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00215 |
| | ) CHIEF JUDGE HAYNES |
| KENDRICK HUTTON | ) |

**MOTION FOR A STATUS CONFERENCE**

*[Handwritten notation: This matter is granted. The conference is set for August 16, 2013 at 4:00 p.m. /s/ [Judge] 8-15-13]*

The defendant, Kendrick Hutton, through undersigned counsel, hereby moves this Honorable Court to set a status conference for the afternoon of Friday, August 16, 2013. On August 2, 2013, this Court entered an order and memorandum (D.E. 46-47), wherein the Court granted the defendant's Motion to Reconsider the Order of Detention on the basis that the Court had granted the defendant's Motion to Suppress, but the Court stayed the order for 14 days. In that order, the Court stated that the government has 14 days to file a statement as to whether it intends to appeal the Court's rulings and the reasons why defendant should not be released on conditions given the suppression of the evidence. The 14 day deadline is August 16, 2013. The government has now indicated to undersigned counsel that it does <u>not</u> oppose the defendant's release.

Undersigned counsel have conferred with United States Probation Officer Angela Rankin and she has indicated that, upon this Court's order for the defendant's release, the probation office recommends that the defendant be released on standard conditions with no pretrial supervision.

Respectfully submitted,

*s/ Mariah A. Wooten*
MARIAH A. WOOTEN
First Assistant Federal Public Defender

*s/ R. David Baker*
R. DAVID BAKER (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorneys for Kendrick D. Hutton