IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12cr-00215 |
| ) | JUDGE HAYNES |
| KENDRICK D. HUTTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion to dismiss indictment (Docket Entry No. 53), the indictment against Defendant Kendrick D. Hutton is **DISMISSED** pursuant to the Federal Rules of Criminal Procedure 48(a).

It is so **ORDERED**.

ENTERED this the 11th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court